**Order filed August 9, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

### NO. 14-12-00246-CV
_____

### HUNTER BUILDINGS & MANUFACTURING, L.P., HUNTER BUILDINGS, L.L.C., AND HUNTER BUILDINGS INTERNATIONAL, L.L.C.,
### &
### BBG GROUP, L.L.C., MILO NICKEL AND THOMAS MICHAEL LEBLANC, Appellants

### V.

### MBI, GLOBAL, L.L.C., Appellee

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-50193**

---

### O R D E R

On March 8, 2012, Hunter Buildings & Manufacturing, L.P., Hunter Buildings, L.L.C., and Hunter Buildings International, L.L.C. ("Hunter appellants") filed a notice of appeal from the final judgment signed December 9, 2011, and the appeal was assigned to this court under our appellate number 14-12-00246-CV. Subsequently on March 8, 2012, BBG Group, L.L.C., Milo A. Nickel, and Thomas Michael LeBlanc ("BBG appellants")

filed a notice of appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00247-CV.

On July 26, 2012, the Hunter appellants and BBG appellants filed an unopposed joint motion to consolidate these appeals. The motion was granted and the court consolidated the two above-referenced causes for all purposes into cause number 14-12-00246-CV. The motion to consolidate also requested the court to order a briefing schedule. Accordingly we order the following:

- Hunter appellants' brief is due August 24, 2012;
- BBG appellants' brief is due August 24, 2012;
- MBI Global's brief(s) is due 30 days after appellants' briefs are filed; and
- Reply briefs are due 30 days after MBI Global's brief(s) is filed.

PER CURIAM